IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2023 FEB -7 A 10: 03

SONYA ALICIA MAYES, JA'QUEZ PASCHAL, JA'VONTAE COLEMAN, AND ZYRESE MAYES

        Plaintiffs,

v.

AUGUSTA-RICHMOND COUNTY GOVERNMENT, RICHMOND COUNTY SHERIFF'S OFFICE, SHERIFF RICHARD ROUNDTREE, individually and in his official capacity, and JOHN DOES,

        Defendants.

CIVIL ACTION
FILE NO.: 1:23-CV-00001

## CONSENT MOTION TO STAY PROCEEDINGS

All parties, to the above captioned suit, move the Court to stay the proceedings in this action until March 30th, 2023, on the ground that Plaintiffs have retained attorneys that are not admitted to the Southern District of the United States District Courts and are currently participating in the process for admittance, as more fully appears in the affidavit of Sonya Mayes, attached to motion, and marked Exhibit A.

This Motion is not made for purposes of delay, harassment, undue burden, or any other improper purpose, but rather is made in good faith to properly prepare this case for trial or

resolution. The Parties agree that an extension of time would promote efficient and just adjudication of this case.

WHEREFORE, the Parties respectfully request that this Court enter an order staying any proceedings until March 30, 2023.

This the 26th day of January, 2023.

Respectfully submitted,

_____
Sonya Mayes
Pro Se' Litigant and Natural
Guardian of Ja'Vontae Coleman and
Zyrese Mayes


/s/ Ja'Quez Paschal
Ja'Quez Paschal
Pro Se' Litigant


**Consented to by:**

/s/ Tameka Haynes

Tameka Haynes
Georgia Bar No. 453026
Frails & Wilson, LLC.
211 Pleasant Home Road
Suite A1
Augusta, Georgia 30907

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SONYA ALICIA MAYES, JA'QUEZ PASCHAL, JA'VONTAE COLEMAN, AND ZYRESE MAYES<br><br>Plaintiffs,<br><br>v.<br><br>AUGUSTA-RICHMOND COUNTY GOVERNMENT, RICHMOND COUNTY SHERIFF'S OFFICE, SHERIFF RICHARD ROUNDTREE, individually and in his official capacity, and JOHN DOES,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 1:23-CV-00001 |

## AFFIDAVIT OF SONYA MAYES

Sonya Mayes, being first duly sworn, deposes and says:

1.

I am the Plaintiff in the above-entitled cause and make this affidavit in support of the parties' consent motion to stay the proceedings in this action.

2.

The above cause was commenced by filing of complaint against Defendants on January 4, 2023, after being remanded from the Superior Court of Richmond County, State of Georgia.

3.

Defendants filed an answer to the complaint and a motion to dismiss on January 11, 2023.

4.

Affiant engaged the counsel of Travis Foreman, Esquire and Jacques Barker, Esquire to represent her in this action but said attorneys have yet to be admitted to the Southern District of the United States District Court.

5.

Affiant's counsel began the process of applying for admittance and forecast to be admitted by March 30, 2023.

6.

Affiant has not employed other counsel, and thus no other counsel is familiar with the facts of the case.

7.

Affiant requests that the Court stay any proceedings in this action until March 30, 2023.

8.

This stay is requested not for the purpose of delay, but in order that justice may be done.

FURTHER AFFIANT SAYETH NOT.

This the 26th day of January, 2023.

_____
Sonya Mayes, Affiant

Sworn to and subscribed before me

this the 26th day of January, 2023.



DITA BARKER
Notary Public, Georgia
Gwinnett County
My Commission Expires
January 04, 2026

January 26, 2023

United States District Court
Southern District of Georgia
Attn: Clerk of Court
P.O. Box 1130
Augusta, Georgia 30903

RE: [Case # 1:23-CV-00001]

Dear Clerk of Court:

Please find enclosed the original copy of **Consent Motion** to be filed in the above-referenced matter.

Thank you for your assistance in this matter. If you should have any questions, please do not hesitate to contact me.

Respectfully submitted,

*Sonya W Mayes*

Sonya Mayes, Pro' Se.

Enclosure(s) Documents

Barker Law Group, LLC., 4850 Sugarloaf Pkwy, Ste. 209-326, Lawrenceville, GA 30044










PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

usps.com  9405 5036 9930 0469 2762 98 0096 5000 0023 0903
$9.65
US POSTAGE
Flat Rate Env
U.S. POSTAGE PAID
Click-N-Ship®

01/31/2023   Mailed from 30044   986767284361831

PRIORITY MAIL®

SONYA MAYES
4850 SUGARLOAF PKWY STE 209-326
LAWRENCEVILLE GA 30044-2859

Expected Delivery Date: 02/02/23

0000

B010

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
PO BOX 1130
AUGUSTA GA 30903-1130

USPS TRACKING #

9405 5036 9930 0469 2762 98

Electronic Rate Approved #038555749

d delivery date specified for domestic use.

ic shipments include $100 of insurance (restrictions apply).*

racking® service included for domestic and many international destinations.

international insurance.**

sed internationally, a customs declaration form is required.

oes not cover certain items. For details regarding claims exclusions see the
il Manual at http://pe.usps.com.

ational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RATE ENVELOPE
E ■ ANY WEIGHT

CKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F July 2022
OD: 12 1/2 x 9 1/2