IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SONYA ALICIA MAYES, JA'QUEZ PASCHAL, JA'VONTAE COLEMAN, AND ZYRESE MAYES<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>AUGUSTA-RICHMOND COUNTY GOVERNMENT, RICHMOND COUNTY SHERIFF'S OFFICE, SHERIFF RICHARD ROUNDTREE, individually and in his official capacity, and JOHN DOES,<br>　　　　　　　　Defendants. | CASE NO.: 1:23-CV-00001 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, all Plaintiffs and Defendants, the parties to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled case without prejudice.

This the 20th of June, 2023.

Stipulated to:

/s/ Jacques Barker　　　　　　　　　　/s/ Tameka Haynes
ATTORNEY FOR PLAINTIFFS　　　　　ATTORNEY FOR DEFENDANTS
GEORGIA BAR NO. 415914　　　　　　GEORGIA STATE BAR NO. 453026

1

| | |
|---|---|
| JACQUES BARKER | TAMEKA HAYNES |
| BARKER LAW GROUP, LLC. | FRAILS & WILSON, LLC. |
| 4850 SUGARLOAF PKWY. | 211 PLEASANT HOME ROAD |
| SUITE 209-326 | SUITE A1 |
| LAWRENCEVILLE, GA 30044 | AUGUSTA, GA 30907 |
| 844-344-3055 | 706-855-6715 |
| JACQUES.BARKER@BLGATL.COM | THAYNES@FRAILSWILSONLAW.COM |
| **COUNSEL FOR PLAINTIFFS** | **COUNSEL FOR DEFENDANTS** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **SONYA ALICIA MAYES, JA'QUEZ PASCHAL, JA'VONTAE COLEMAN, AND ZYRESE MAYES**<br>　　　　　　　**Plaintiffs,**<br><br>**v.**<br><br>**AUGUSTA-RICHMOND COUNTY GOVERNMENT, RICHMOND COUNTY SHERIFF'S OFFICE, SHERIFF RICHARD ROUNDTREE, individually and in his official capacity, and JOHN DOES,**<br>　　　　　　　**Defendants.** | **CASE NO.: 1:23-CV-00001** |

**CERTIFICATE OF SERVICE**

　　　This is to certify that the within and foregoing **Stipulation of Dismissal** was served upon the following party in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by mailing a copy via United States Mail with adequate postage attached thereon to:

Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road
Suite A1
Augusta, GA 30907
Telephone:706-855-6715
Fax: 706-855-7631
thaynes@frailswilsonlaw.com

3

This the 20th of June, 2023.

                                                            Respectfully submitted,

                                                            */s/ Jacques Barker*

                                                            Jacques Alpacino Barker
                                                            Georgia Bar Number 415914
                                                            *Attorney for Plaintiffs*

Barker Law Group, LLC
4850 Sugarloaf Parkway
Suite 209-326
Lawrenceville, GA 30044
(844)-344-3055
(678) 310-1546 Fax
jacques.barker@blgatl.com